# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America <br> v. <br><br> Elliot Christian HERNANDEZ-PADILLA <br><br> *Defendant(s)* | ) <br> ) <br> )  Case No.   25-mj-4269 <br> ) <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 26, 2025__ in the county of __Davidson__ in the __Middle__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code Sections 1326(a) &(b)(1) | Illegal Re-entry |

This criminal complaint is based on these facts:

See Attached statement in support of complaint

☒ Continued on the attached sheet.

/s/ Joshua R. Elliott
*Complainant's signature*

Deportation Officer Joshua R. Elliott, ICE
*Printed name and title*

Sworn to me remotely by telephone, in compliance with Fed. R. Crim. P. 4.1.

Date: 08/06/2025

*Judge's signature*

City and state: Nashville, Tennessee   Hon. Alistair E. Newbern, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joshua R. Elliott, having been duly sworn, hereby depose and swear to the following:

1. I, Joshua R. Elliott, am an Agent with the Department of Homeland Security, specifically the U.S. Immigrations and Customs Enforcement (ICE) Agency, currently assigned to the Middle District of Tennessee. I have been so employed since November 2008. As a federal agent for the Department of Homeland Security, I am familiar with federal statutes, including Title 8, United States Code, Sections 1326(a) and (b)(1): unlawful re-entry into the United States by an alien subsequent to three misdemeanor convictions involving drugs, crimes against the person, or both.

2. The facts contained in this statement are based on first-hand knowledge or information learned during this investigation from law enforcement sources or from witnesses. This statement does not contain each and every detail known by me regarding this investigation. Instead, this statement provides information necessary to establish probable cause to arrest Elliot Christian HERNANDEZ-PADILLA (the defendant) for a violation of Title 8, United States Code, Sections 1326(a) and (b)(1). Except where indicated, all statements referenced herein are set forth in substance and in part, rather than verbatim.

3. The Defendant is a Mexican citizen and alien to the United States. The Defendant was last removed from the United States on or about January 27, 2025. The Defendant has not received express consent to reapply for admission into the United States from the United States Attorney General and/or the Secretary of Homeland Security.

4. The Defendant came to the attention of ICE in April 2025. Information indicated that the defendant was again present in the United States and living in Davidson County, Tennessee at a residence in Hermitage, Tennessee. Surveillance efforts by ICE could not corroborate the information at the time

5. On or about June 29, 2025, the defendant was identified as the subject in a domestic violence investigation at a Hermitage, Tennessee residence. According to Metropolitan Nashville Police Department (MNPD) reports, the defendant assaulted his spouse. An arrest warrant for Attempted Homicide was issued for the defendant. The arrest warrant listed all same identifying information as contained in Immigration databases for the defendant.

6. On or about July 26, 2025, the defendant was arrested by MNPD for Attempted Homicide. The defendant's identity was confirmed through biographical and biometric information.

7. A check on the immigration and criminal history of the defendant revealed he has been removed multiple times from the United States and has an outstanding order of removal. Additionally, the defendant has three prior convictions for three or more misdemeanors involving drugs, crimes against the person, or both.

8. On or about October 15, 2015, the defendant was convicted of misdemeanor Assault in Rutherford County, Tennessee. On or about October 28, 2020, the defendant was convicted of simple possession in Rutherford County. And on or about October 10, 2024, the defendant was convicted of misdemeanor Driving under the Influence (DUI).

9. An Immigration Judge has issued a final order of removal for the defendant. After the defendant's Davidson County, Tennessee, the defendant was removed from the United States to Mexico via Brownsville, Texas on or about November 8, 2024. After this removal, the defendant returned to the Middle District of Tennessee and was removed back to Mexico on or about January 27, 2025.

10. Since the Defendant's removal in 2025, the Defendant has not received express consent to reapply for admission into the United States from the United States Attorney General and/or the Secretary of Homeland Security. The Defendant has entered and remained in the United States illegally and without authorization. The Defendant's return to the United States is in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).